UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Miguel Angel HERNANDEZ-Ramos,<br><br>　　　　　　Defendant | Magistrate Docket No. '08 MJ 1096<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **April 8, 2008** within the Southern District of California, defendant, **Miguel Angel HERNANDEZ-Ramos**, an alien, who previously had been excluded, deported and removed from the United States to **Honduras**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **APRIL, 2008**

_____
Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Miguel Angel HERNANDEZ-Ramos

## PROBABLE CAUSE STATEMENT

On April 8, 2008, United States Border Patrol Agent H. Buenrostro was performing uniformed patrol duties in an area known as the "39 Bowl." This area is located approximately three miles west of the San Ysidro, California Port of Entry, and adjacent to the United States/Mexico International Boundary.

At approximately 1:15 p.m., Agent Buenrostro responded to a seismic intrusion device in the area. Upon arriving, Agent Buenrostro observed footprints. Agent Buenrostro followed the footprints and discovered several individuals hiding. Agent Buenrostro identified himself as a United States Border Patrol Agent and performed an immigration inspection on the group. All subjects admitted to being illegally present in the United States without any immigration documents. All subjects including one later identified as the defendant **Miguel Angel HERNANDEZ-Ramos,** were arrested and transported to the Imperial Beach Border Patrol station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Honduras** on **October 16, 2007** through **Houston, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.